[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-13336
_____

D.C. Docket No. 6:11-cr-00353-CEH-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN C. PATTERSON,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 18, 2013)

Before DUBINA, Chief Judge, JORDAN and COX, Circuit Judges.

PER CURIAM:

John C. Patterson challenges on appeal the district court's denial of his

motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).  Specifically, he

argues that although he qualified as a career offender, he was not sentenced as a

career offender, and thus he is eligible for a sentencing reduction under

Amendment 750 of the United States Sentencing Guidelines. We find his argument unpersuasive because the application of Amendment 750 would not lower his sentencing range.

Patterson also contends that *Freeman v. United States*, 131 S. Ct. 2685 (2011), abrogated our decision in *United States v. Moore*, 541 F.3d 1323 (11th Cir. 2008). As Patterson concedes, however, this argument is foreclosed by our decision in *United States v. Lawson*, 686 F.3d 1317 (11th Cir.), *cert. denied*, 133 S. Ct. 568 (2012).

AFFIRMED.